November 22, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

KINGWOOD PINES HOSPITAL, LLC, HORIZON HEALTH CORPORATION, PSYCHIATRIC SOLUTIONS, INC. AND YOLANDA BASSETT, Appellants

NO. 14-11-00050-CV                    V.

R. GOMEZ, INDIVIDUALLY AND A/N/F OF V.G., Appellee
_____

This cause, an appeal from the judgment in favor of appellee, R. Gomez, Individually and A/N/F of V.G., signed December 28, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, R. Gomez, Individually and A/N/F of V.G., jointly and severally, to pay all costs incurred in this appeal. We further order this decision certified below for observance.